# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 828 - 1,2 | **DATE** | 3/26/2009 |
| **CASE TITLE** | USA vs. Juan Johnson, Harold Martinez | | |

**DOCKET ENTRY TEXT**

Arraignment proceedings held. Defendants Johnson and Martinez waive formal reading and enter pleas of not guilty to the superseding indictment. 16.1(a) conference to be held on or before 4/2/09. Pretrial motions to be filed on or before 4/9/09. Government's response due on or before 4/15/09. Status hearing set for 4/21/09 at 9:30 a.m. Jury trial set for 3/31/09 is re-set to 6/22/09 at 9:00 a.m. In the interests of justice, time is ordered excluded to 6/22/09 pursuant to 18:3161(h)(8)(A)(B). (x-t). Defendants' motion to continue the trial [55] is withdrawn.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 828 - 1,2 | **DATE** | 3/26/2009 |
| **CASE TITLE** | USA vs. Juan Johnson, Harold Martinez | | |

**DOCKET ENTRY TEXT**

Arraignment proceedings held. Defendants Johnson and Martinez waive formal reading and enter pleas of not guilty to the superseding indictment. 16.1(a) conference to be held on or before 4/2/09. Pretrial motions to be filed on or before 4/9/09. Government's response due on or before 4/15/09. Status hearing set for 4/21/09 at 9:30 a.m. Jury trial set for 3/31/09 is re-set to 6/22/09 at 9:00 a.m. In the interests of justice, time is ordered excluded to 6/22/09 pursuant to 18:3161(h)(8)(A)(B). (x-t). Defendants' motion to continue the trial [55] is withdrawn.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|